**TRANS–LUX MIDWEST CORPO-
RATION, Petitioner/Cross–
Respondent,**

v.

**NATIONAL LABOR RELATIONS
BOARD, Respondent/Cross–
Petitioner.**

Nos. 01–1434, 02–1274.

United States Court of Appeals, District
of Columbia Circuit.

Dec. 26, 2002.

Before GINSBURG, Chief Judge, and
SENTELLE and TATEL, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This cause was considered on the record
compiled before the National Labor Rela-
tions Board and on the briefs filed by the
parties. It is

ORDERED AND ADJUDGED that the
petition for review be DENIED and the
cross-application for enforcement be
GRANTED. The Board's conclusion that
Trans–Lux did not have a good faith rea-
sonable doubt about the majority status of
the Union is based upon substantial evi-
dence in the record. *See Trans–Lux Mid-
west Corporation and International
Brotherhood of Electrical Workers, Local
Union No. 347,* 335 NLRB No. 22 (2001).

Pursuant to D.C. Circuit Rule 36, this
disposition will not be published. The
Clerk is directed to withhold issuance of
the mandate herein until seven days after
resolution of any timely petition for re-
hearing or rehearing en banc. *See* Fed.
R.App. P. 41(b); D.C.Cir. Rule 41.